Dear Judge Zobel.

First I would like to ask how your doing. I pray all is well in you and love ones are in Gods loving hands.

Why I'm writing you is the "Supreme Court" came down with some new laws in the Booker. And Blakely. cases. I need your help cause you said at my sentence that if it was any thing you could have done you would have never give me 188. Months.

Well with the new rule in "Booker - Blakely" I have something coming cause I was enhanced 2. Points. I'm sure them two points have to come off Zobel. "Please help me."

Mrs. Zobel I'm really lost on how the law really works thats why I'm asking you as my Judge can you help me. I wrote my Lawyer I had on my case. "Julianne Balliro." But I heard nothing from her.

Please help me because I'm trying to come home in save my son's from all this. I do not want them to go through what I had to Zobel.

If I'm able to get these 2. Points off it takes me to 151- months. 12- years 7. months. And I been in since 1993 and its 2005 so I have that 151- months in with my good time.

2

Everyone else is home. Been home years ago.

You know I never took up your time filing motions that was no good. All I'm asking is can you please help me or appoint me a lawyer to help me.

Or if your able talk to my old lawyer. — Julianne Balliro in see if she's willing to help me. Her phone. # 617-854-4000 I really need your help with this. "Thank you"

#19431-038
Yance Calhoun
Federal Correctional Complex
P.O. Box 4200 -
Three Rivers, Tx 78071

P.S. My wife called your office in talk to your clerk "Lisa" in was told my case was closed.
So I'm I still ask to file a 2255 in my case. or a writ. Please help.

"Thanks Again"