DEAR CLERK OF ~~FEDEX~~ CLERKS OFFICE.

MONDAY. 14. 2005

2005 FEB 18 P 12:55
U.S. DISTRICT COURT
DISTRICT OF MASS

WELL WHY I'M WRITING IS BECAUSE MY LAWYER "JULIANE BALLIRO" FILE SOME MOTIONS ON MY BEHALF.

I WOULD LIKE TO HAVE A COPY OF ALL MOTIONS THATS BEEN FILE ON MY CASE. "CASE #93-10020" THE MOTIONS SHOULD HAVE BEEN FILED LAST WEEK SOME TIME.

PLEASE SEND ME ALL COPYS OF MOTIONS. CAUSE IF IT WAS NOT FILE I HAVE A COPY IN I'LL JUST FILE IT FROM HERE.

I'M SENDING A "S.A.S.E." YOUR BE ABLE TO SEND IT BACK TO ME AT.

( YANCE CALHOUN #19431-038
FEDERAL CORRECTIONAL COMPLEX
P.O. BOX 4200 - UNIT L-B
THREE RIVERS, TX 78071 )

P.S. IF I HAVE TO PAY FOR THESE COPYS PLEASE LET ME KNOW. 4

THANK YOU"