FILED
CLERKS OFFICE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS 2005 MAR 11  P 12: 35

U.S. DISTRICT COURT
DISTRICT OF MASS

| | | |
|---|---|---|
| Yance Calhoun | ) | |
| | ) | |
| Appellant | ) | |
| | ) | |
| | ) | |
| | ) | **CASE NO. 05-10358RWZ** |
| V | ) | |
| | ) | **93-10020** |
| | ) | |
| | ) | |
| | ) | |
| United States of America | ) | |
| | ) | |
| Appellee | ) | |


## MOTION FOR LEAVE TO AMEND PURSUANT TO
## RULE OF CIVIL PROCEDURE 15(a)


Comes now the Appellant Yance Calhoun pro se , and unskilled in the area of law request this Honorable Court to grant this **motion to amend** his pending petition based on a **Newly Intervening Supreme Court ruling  UNITED STATES V  BOOKER  542 U.S.___(2005).**


## JURISDICTION

This Court has the authority to grant this motion pursuant to **Federal Rules of Civil Procedure 15(a).**

## SUMMARY OF THE ARGUMENT

On February 22, 2005 the District Court filed the Appellant
**28 U.S.C § 2255(3)** which is currently pending before this Court. The
District Court has not ordered the government to respond to the
Appellant allegations. The Appellant claims that his Sixth Amendment
Right was violated when his sentence was enhanced under **2D1.1(b)(1)**
by a judge instead of a jury.

This illegal enhancement pursuant to **U.S.S.G. § 2D1.1(b)(1)**
raised the Appellant base offense level by **2 points** to base offense
**level 38.** Without the illegal **2 point** enhancement the Appellant base
offfense level would be **level 36** minus **3 points** for acceptance of
responsibility, a sentencing range of **151-188 months.**

Ultimately, the Appellant was sentenced to the **high end** of **188
months,** to run concurrent with the other counts.

Just recently the Supreme Court handed down it's decision
in **UNITED STATES   V   BOOKER   542 U.S.___ (2005)** concluding that the
**federal sentencing guidelines were unconstitutional in their entirety.**

The result is that the sentencing guidelines can still be utilized
by the Court. However, they are no longer mandatory; instead, they
are now advisory. Therefore the Appellant pray that this Honorable
Court allow this decision on January 12, 2005 that **Blakely does applies
to the federal sentencing guidelines** to be a part of the record
in this instant case which is before the Court and grant this **motion
to amend** in light of that ruling in **UNITED STATES   V BOOKER   542 U.S.**
___ **(2005)**

## PRAYER

Therefore in the interest of justice the Appellant pray that this
Honorable Court will remove the **2 points** under **2D1.1** and resentence
the Appellant to the **low end** of his guideline range without the
enhancement.


RESPECTFULLY SUBMITTED


Vance   Calhoun

## CERTIFICATE OF SERVICE

I Yance Calhoun hereby declare under the penalty of perjury that I forwarded a copy of the foregoing motion to the United States Attorney S. Newhouse this 5th day of March 2005 to the address listed below for the purpose of service pursuant to **28 U.S.C § 1746.**

UNITED STATES ATTORNEY
S. NEWHOUSE
1 COURTHOUSE WAS SUITE 9200
BOSTON, MASSACHUSETTS  02210


DISTRICT CLERK TONY ANASTAS
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS  02210


RESPECTFULLY SUBMITTED

Yance Calhoun