DEAR HONORABLE JUDGE ZOBEL.

3-6-05

First I WANT To ASK How ARE you DOING. I REALLY PRAY ALL IS WELL IN you AND your FAMILY IS FINE. "AS FOR ME I'm Holding on."

WELL I'm WRITING BECAUSE I TALK To YOUR CLERK "MS. Lisa." LAST WEEK. I HAD WROTE you A LETTER ASKING you To APPOINT ME A LAWYER CAUSE I'm REALLY Lost.

I KNOW WITH ALL THESE NEW LAWS AND ALL THE CHANGES IT HELPS ME IN SOME WAY. "PLEASE HELP ME."

ALL I HAVE IS 15-MONTHS MORE To Do. AND IF THIS NEW "BOOKER" LAW HELP ME I CAN COME HOME SOONER MRS. ZOBEL.

WELL I HOPE your ABLE To HELP ME WITH A LAWYER SO I'LL KNOW WHATS going on. "BECAUSE I'm Lost." IF Lisa WAS NOT ABLE To find THE first LETTER I WROTE. HERES ANOTHER ONE FOR A APOINTMENT OF A LAWYER.

" THANK YOU "

Treating this as a motion
for the appointment of
counsel, it is allowed

Rya W Zobel
3/18/05

YANCE CALHOUN #19431-038
P.O. BOX 4200
THREE RIVERS, TX 78071