UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__YANCE CALHOUN__
    **Petitioner**

   V.

__UNITED STATES OF AMERICA__
    **Respondent**

CIVIL ACTION

NO. __05CV10358-RWZ__

## ORDER OF DISMISSAL

__ZOBEL, D. J.__

In accordance with the Court's Order dated __6/27/05__ summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2255, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                By the Court,

| __6/28/05__ | __s/ Lisa A. Urso__ |
|:---:|:---:|
| **Date** | **Deputy Clerk** |

(2254 Dismissal Order.wpd - 12/98)                [odism.]